UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20208-CIV-COOKE/DUBÉ

LUCILA RAMOS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER FOR JOINT STATUS REPORT

THIS CAUSE is before the Court <u>sua sponte</u>. In accordance with the provisions of 28 U.S.C. §636(c), the parties are notified that they may consent to a United States Magistrate Judge conducting all proceedings in this case, including entry of final judgment. The parties are advised that they are free to withhold consent without adverse consequences. If consent is not given by all parties, a Report and Recommendation as to the appropriate disposition of any dispositive motions will be prepared for consideration by the District Court Judge.

It is **ORDERED** as follows:

Counsel shall have until **August 13, 2008** to file a **Joint Status Report** indicating whether both parties consent to the United States Magistrate Judge conducting all proceedings in this case, including entry of final judgment. If both parties agree to consent, the Consent for Jurisdiction by a United States Magistrate Judge shall be completed and filed with the Clerk of the Court. A copy of the form is attached to this Order for the convenience of the parties. If consent is not agreed to,

the Joint Status Report **shall not identify** which party or parties has withheld consent.

**DONE AND ORDERED** this \_\_**23**\_\_ day of July, 2008.

                                                ROBERT L. DUBÉ
                                              UNITED STATES MAGISTRATE JUDGE

✎AO 85 (Rev. 8/98) Notice, Consent; and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of _____

_____

Plaintiff
V.

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number:

Defendant

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____   _____
Date                                          United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.