UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20208-CIV-COOKE/DUBÉ

LUCILA RAMOS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court <u>sua sponte</u>. The Answer to the Complaint in this case has been filed and the case is now ripe for judicial review. Accordingly, it is **ORDERED** as follows:

(1) The parties are hereby instructed that any motions for Summary Judgment as may be appropriate must be filed **on or before September 10, 2008**.

(2) Any response and/or reply memoranda shall be filed within the time provided by the Local Rules of the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** this __23__ day of July, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE